UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYNDA DANFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CIV-14-1315-L |
| ) | |
| PROGRESSIVE CASUALTY ) | |
| INSURANCE COMPANY and ) | |
| PROGRESSIVE DIRECT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The following parties to this lawsuit, Plaintiff, Lynda Danford, and Defendants, Progressive Casualty Insurance Company and Progressive Direct Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 31st day of December 2014.


s/ Jason M. Hicks
*(Signed by Filing Attorney With Permission of Attorney)*
Jason M. Hicks, OBA No. 22176
LAIRD, HAMMONS, LAIRD, P.L.L.C.
1230 Southwest 89th Street, Suite A
Oklahoma City, Oklahoma 73139
Telephone:    405-703-4567
Facsimile:    405-703-4061
**ATTORNEYS FOR PLAINTIFF**

/s Brad L. Roberson
Brad L. Roberson, OBA No. 18819
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:    405-606-3333
Facsimile:    405-606-3334
**ATTORNEYS FOR DEFENDANTS**